■ RYAN MANAGEMENT CORP., Respondent, v ARTHUR CATAFFO, Appellant. [716 NYS2d 919] —In an action, *inter alia,* to recover damages for breach of a commercial lease, the defendant appeals from a judgment of the Supreme Court, Suffolk County (Catterson, J.), dated August 2, 1999, which, on consent, is in favor of the plaintiff and against him in the principal sum of $776,332.77.

Ordered that the appeal is dismissed, with costs.

The appeal from the judgment in favor of the plaintiff and against the defendant must be dismissed, as no appeal lies from a judgment entered on the consent of the appealing party (*see, Baecher v Baecher,* 95 AD2d 841). A party who consents to the entry of a judgment is not aggrieved thereby (*see, Matter of Hartnett v Hartnett,* 242 AD2d 535; *Matter of Commissioner of Social Servs. of City of N. Y. [Tabitha McC.],* 202 AD2d 502; *Goodman v Goodman,* 150 AD2d 636). Thompson, J. P., Sullivan, Krausman and Florio, JJ., concur.